UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
|---|---|
| Originating Case Number | 4:08-cr-00016-RBS-DEM-3<br>4:15-cv-00108-RBS |
| Date notice of appeal filed in originating court: | 08/12/2024 |
| Appellant | David Anthony Runyon |
| Appellate Case Number | 24-2 |
| Case Manager | Emily Borneisen<br>804-916-2704 |