**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff-Appellee,　　　　　)　　　No. 24-2
　　　　　　　　　　　　　　　　　　　)　　　Death Penalty Case
　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
DAVID ANTHONY RUNYON,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant-Appellant.　　　　)

## <u>APPELLANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL</u>

Pursuant to Local Rule 46(c), Appellant David Anthony Runyon, through counsel, respectfully moves the Court to substitute as appointed counsel Robert Lee, who was appointed in the district court, to replace appointed counsel Elizabeth J. Peiffer. Undersigned counsel have conferred with counsel for the government, and the government does not object to the requested substitution.

In support of his request, Mr. Runyon states the following:

On August 15, 2024, this Court appointed Elizabeth Jane Peiffer and Kathryn Marshall Ali to represent Mr. Runyon in this appeal pursuant to 18 U.S.C. § 3599(c) and the Criminal Justice Act (CJA). ECF No. 2. Ms. Peiffer and Ms. Ali were both appointed to represent Mr. Runyon in the district court under Section § 3599 and the CJA.

Mr. Lee is a member of the bar of this Court in good standing and qualified for appointment in this case. He is qualified under Section 3599 and the CJA. Like Ms. Peiffer and Ms. Ali, Mr. Lee was appointed in the district court as "LEAD ATTORNEY" and designated as a "CJA Appointment." *See* Attachment A. *See also* Hr'g. Tr. at 1136–40, *United States v. Runyon*, No. 4:08-cr-00016/No. 4:15-cv-00108 (E.D. Va. Nov. 1, 2023) (district court noting that Mr. Lee was "qualif[ied] as a CJA attorney of this court" and that, with his addition, Mr. Runyon "now has three" CJA attorneys).

For the foregoing reasons, Mr. Runyon respectfully requests that the Court authorize Mr. Lee to substitute as appointed CJA counsel for Ms. Peiffer.

Dated: August 22, 2024                Respectfully submitted,

                                      */s/ Kathryn M. Ali*

                                      Kathryn M. Ali, VSB No. 97966
                                      ALI & LOCKWOOD LLP
                                      300 New Jersey Avenue N.W., Suite 900
                                      Washington, D.C. 20001
                                      (202) 651-2475
                                      katie.ali@alilockwood.com

                                      Elizabeth J. Peiffer, VSB No. 71353
                                      Capital Representation Resource Center
                                      1155 Seminole Trail #6391
                                      Charlottesville, VA 22906
                                      (434) 817-2970
                                      epeiffer@vcrrc.org

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 244 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

/s/ *Draft*
Kathryn M. Ali

*Counsel for Appellant David Runyon*

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system, which will then send

a notification of electronic filing (NEF) to the following counsel, who have entered

appearances in the case:

Brian J. Samuels
Asst. United States Attorneys
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ *Kathryn M. Ali*