# Attachment A

# U.S. District Court
## Eastern District of Virginia - (Newport News)
## CRIMINAL DOCKET FOR CASE #: 4:08-cr-00016-RBS-DEM-3

---

Case title: USA v. Voss et al

Date Filed: 02/13/2008

Related  Case: <u>4:15-cv-00108-RBS</u>

Date Terminated: 12/04/2009

---

Assigned to: Chief District Judge Rebecca
Beach Smith
Referred to: Magistrate Judge Douglas E.
Miller

Appeals court case numbers: '09-11' 'Beth
Walton, Case Manager', 17-5 RJ Warren, 23-
5 4CCA Case Manager Emily Borneisen

**Defendant (3)**

**David Anthony Runyon**
*TERMINATED: 12/04/2009*

represented by **Elizabeth J Peiffer**
Virginia Capital Representation Resource
Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
434-817-2970
Email: epeiffer@vcrrc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Kathryn Marshall Ali**
Ali & Lockwood LLP
300 New Jersey Avenue NW
Suite 900
Washington, DC 20001
202-651-2476
Email: katie.ali@alilockwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert Edward Lee , Jr.**
Virginia Capital Representation Resource
Center
1155 Seminole Trail # 6391
Charlottesville, VA 22906
434-817-2970
Fax: 434-817-2972
Email: roblee@vcrrc.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern
Tennessee, Inc.
800 S. Gay St
Suite 2400
Knoxville, TN 37929
NA
(865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org
*TERMINATED: 02/16/2023*
*PRO HAC VICE*
*Designation: Retained*

**Helen Susanne Bales**
Federal Defender Services of Eastern
Tennessee, Inc.
800 S. Gay St
Suite 2400
Knoxville, TN 37929
NA
(865) 637-7979
Fax: (865) 637-7999
Email: susanne_bales@fd.org
*TERMINATED: 02/24/2023*
*PRO HAC VICE*
*Designation: Retained*

**Jennifer Tope Stanton**
J. T. Stanton, P. C.
207 Granby Street
#200
Norfolk, VA 23510
(757) 314-2354
Fax: 757-314-2352
Email: stantonlaw500@gmail.com
*TERMINATED: 02/11/2014*
*Designation: Retained*

**Jon M. Babineau**
Riddick Babineau PC
109 East Main St
Suite 413
Norfolk, VA 23510
757-622-8631
Fax: 757-226-0621
Email: jon@babineaulaw.com
*TERMINATED: 02/13/2009*
*Designation: CJA Appointment*

**Lawrence Hunter Woodward , Jr.**