UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the submissions relative to the motion for substitution

of counsel, the court grants the motion. Elizabeth Jane Peiffer is relieved of the

obligation of further representation of appellant on appeal. The court appoints

Robert Edward Lee, Jr. as counsel for the appellant pursuant to the provisions of

18 U.S.C. § 3599(c) and the Criminal Justice Act.

Counsel is referred to the **Capital Budgeting and Payment Memorandum**

for information on budgeting requirements, appointment terms, obtaining a fee

exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records.

If counsel anticipates at any time during the representation that the required time will exceed 300 hours for the appeal or 100 additional hours for the petition for certiorari, counsel must submit a budget authorization request (BUDGETAUTH) through CJA eVoucher.

If preparation of transcript is necessary, CJA authorization for preparation of transcript is obtained by submitting an AUTH-24 request in the district eVoucher system. New appellate counsel must contact district eVoucher staff for appointment to the underlying district court case in order to submit the AUTH-24 request for district judge approval and the CJA 24 voucher for transcript payment. Counsel must also submit a Transcript Order Form to the court reporter and district court and file the same in the court of appeals with the docketing statement. Upon filing of the Transcript Order Form, the Fourth Circuit will set deadlines for completion of the transcript.

CJA 30 and 31 vouchers are submitted for payment through the Fourth Circuit's CJA eVoucher system. Upon receiving email notification of this appointment from eVoucher, counsel may create CJA 30 and 31 vouchers for use in maintaining time and expense records and paying for expert services. See **CJA eVoucher**.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

For the Court

/s/ Nwamaka Anowi, Clerk