UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-2
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

———————————

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

      Defendant - Appellant

———————————

O R D E R

———————————

Upon consideration of the unopposed motion for extension of time to file appellant's opening brief and joint appendix, the court grants the motion.

Appellant's opening brief and appendix shall be filed on or before January 22, 2025.

      For the Court

      /s/ Nwamaka Anowi, Clerk