# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219


August 28, 2024


_____


DOCKETING FORMS
FOLLOW-UP NOTICE

_____


No.    24-2,              <u>US v. David Runyon</u>
                          4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:    David Anthony Runyon

REQUESTED FORM(S) DUE:  August 29, 2024

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

---

  [X] <u>Appearance of counsel</u> [eFiler status required] (Kathryn Ali)

Emily Borneisen, Deputy Clerk
804-916-2704