FILED: December 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R

_____

The court grants Runyon his unopposed motion for an extension of additional 60 days — to March 24, 2025 — to file his initial brief. With this extension, he will have been given 6 months in extensions, which should have been well sufficient to prepare a brief in this case. We are directing now that counsel comply with this new schedule — which gives counsel 4 months from now to file a brief and which is extraordinary in any case on appeal — noting that we are inclined to give no further extensions.

For the Court

/s/ Nwamaka Anowi, Clerk