February 20, 2025

_____

RESPONSE REQUESTED

_____

No.  24-2,          US v. David Runyon
                    4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:     United States of America

RESPONSE DUE: 03/03/2025

Response is required to the motion for abeyance on or before 03/03/2025.

Emily Borneisen, Deputy Clerk
804-916-2704