

March 3, 2025

**VIA CM/ECF**

Nwamaka C. Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Re: *United States v. David Runyon*, No. 24-2

Dear Ms. Anowi,

We represent Appellant David Runyon in the above-referenced matter and write pursuant to Fourth Circuit Rule 27(d)(2) to notify the Court that Appellant intends to file a reply in support of its Motion to Hold Proceedings in Abeyance Pending Resolution of the Supreme Court's Merits Review in *Rivers v. Lumpkin*, Dkt. 18, and to request that the Court not act on the Motion until the reply is received.

Respectfully submitted,

*/s/ Kathryn M. Ali*
Kathryn M. Ali

*Counsel for Appellant David Runyon*

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

*/s/ Kathryn M. Ali*
Kathryn M. Ali