UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant – Appellant

_____

O R D E R

_____

Upon consideration of the appellant's preliminary brief filed pursuant to this Court's Local Rule 22(a), the court denies a certificate of appealability and dismisses the appeal.

Appellant's motion to hold this case in abeyance is denied.

Entered at the direction of Judge Niemeyer with the concurrence of Judge

Wilkinson and Judge Gregory.

For the Court

/s/ Nwamaka Anowi, Clerk