**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 16, 2025

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


      Re:  David Anthony Runyon
            v. United States
            No. 25-5649
            (Your No. 24-2)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 9, 2025 and placed on the docket September 16, 2025 as No. 25-5649.



Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst